UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TIMOTHY BROOKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:17-CV-3443-G (BH) |
| WELLS FARGO BANK, NA, ) | |
| ) | |
| Defendant. ) | |

# ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

The plaintiff's *Motion for Stay for Writ of Possession dated, 22nd September 2017 in Cause #CC 15-05401-E at County Court at Law No. 5, Dallas County, Texas, Appeals Courts Cause #05-16-00616 and in State District Court Case #DC-14-13646*, filed December 19, 2017 (docket entry 4) is **DENIED**, and the defendant's motion to dismiss and brief in support, filed January 11, 2018 (docket entry 10) is **GRANTED**.

By separate judgment, all of the plaintiff's claims will be **DISMISSED** with prejudice.

  **SO ORDERED**.

July 13, 2018.

               _____
               **A. JOE FISH**
               **Senior United States District Judge**