IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TIMOTHY BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | CIVIL ACTION NO. |
| | ) | |
| WELLS FARGO BANK, N.A., | ) | 3:17-CV-3443-G (BH) |
| | ) | |
| Defendant. | ) | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are accepted as the findings and conclusions of the court.

The plaintiff *Timothy Brooks' Motion for New Trial and Reconsideration of the Court's July 13, 2018 Judgment*, filed August 10, 2018 (docket entry 26), and plaintiff's *Motion for Stay with Reconsideration New Trial dated 10th August 2018 in cause # CC 15-05401-E at County Court at Law No. 5, Dallas County, Texas, Appeal Courts Cause # 05-16-00616 and in State District Court Case # DC-14-13646*, filed August 10, 2018 (docket entry 27) are **DENIED**.

SO ORDERED.

October 24, 2018.

_____
**A. JOE FISH**
**Senior United States District Judge**